**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JANICE DARLENE WARNER,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | Civil Action No. 3:08-CV-1212-N (BH) |
| | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are adopted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that *Plaintiff's Motion for Summary Judgment or, in the alternative, Judgment on the Pleading* is hereby **DENIED**, the *Commissioner's Motion for Summary Judgment* is hereby **GRANTED**, and the final decision of the Commissioner is hereby **AFFIRMED**.

SIGNED June 5, 2009.

_____
DAVID GODBEY
UNITED STATES DISTRICT JUDGE